2/8/21

2021 APR -7 PM 3:11

Plaintiff

Reuel E. Peterson

vs

## Complaint

2:21-cv-27

Defendants

Jim Condos    Secretary of State

Phil Scott    Governor of State


Civil Rights Violation: Equal Protection Act

Rights to Free And Fair election

Discrimination under The Voting Rights Act of 1964

2-08-21

On February 27th 2020 Members of The Scott Administration Met with Councel General Haung Ping of The CCP To Discuss mail in Ballots.

This meeting was Held in montpellier v.t. under The Impression of The Belt And Road Innitative.

I was denied Under The 14th Ammendment my EQual Protection clause, when scott And Condos Decided The whole State of Vermont would be Issued Mail in Ballots. I did not Sign up for This. I was Contacted by The South Hero Town office in July, claiming I Went into The Town office in March of 2020 to Ask for A Mail in Ballot. That Was A LiE. AS we Have Since Found out Vermont used Dominion Voting Machines Which The CCP Purchased for 400 million, To Rig The Election For Democrats & Progressives.

THE Governor And Secretary of state Commited Treason by Colluding with A foreign Enemy of The United States Republic. I Am Not A Citizen of The United States Corp. Started in 1870 in Washington DC. I Am A Free Human being Granted my Rights by God, Which The Original USA Constitution Clearly States. For The EQual Protection Act I can Quote Brown VS Board of Education.

→

2-08-21

(1954) The Supreme Court Decision That Ended Racial Segregation. I would Also Like to Charge The Defendants with Sedition by Their Actions with Subversion of The U.S. Republic Constitution. by Allowing Dominion Voting machines to be used The Vermont Voting System Changed multiple Votes. That were Cast For President Donald J. Trump And Countless Republicans to Keep The Democrats in power! Votes were Changed Using Dominion Voting Machines Denying me my Right to A Free And Fair Election. Mentioned in Article 1 Section 4 of The Constitution. This Fraud Also Violates The Civil Rights Act of 1964 I was Discriminated Against when Condos changed or Sepressed my vote by using Dominion Machines. I Am not Seeking Monitary Gains, I want Justice But Since The Act of 1870 All Federal Judges Are part of The problem. Civil Law is not what The founding Fathers Intended, But Since England Hijacked our Country in 1870, I hardly Doubt This Case will be Allowed to go Forward.

I can not wait for The Day we go back to Common Law Using Just the Constitution. The whole United States Corp. is Rotten to The Core, But The Time is Coming For Your END We The People Are Taking our Country Back! I want All of The Politicians
→

2-08-21

And Courts to be Charged with Treason And Sedition. We must Have A Justice System That Works for Everyone Not Just The Masonic System That Controlls This Country And world for That Matter. I will be Eternally Grateful to God when Justice is Served to Everyone, Not Just The Elites or Enlightened Ones. If The United States Falls The world falls. I don't Expect Any Judge in Vermont to do their Jobs And Rule in my Favor Because As we All Know You Are Part of The Problem.

*[signature]*

2-08-21